No. 92–1199. ASHLEY *v.* EPIC DIVERS, INC., ET AL. C. A. 5th Cir. Certiorari denied.

No. 92–1202. KNOP ET AL. *v.* MCGINNIS ET AL. C. A. 6th Cir. Certiorari denied.

No. 92–1205. AUNYX CORP. ET AL. *v.* CANON U. S. A., INC. C. A. 1st Cir. Certiorari denied.

No. 92–1206. STUART *v.* WINTER ET AL. C. A. 11th Cir. Certiorari denied.

No. 92–1208. BEIZER *v.* GEOPFERT ET AL. App. Ct. Conn. Certiorari denied.

No. 92–1210. BRESSLER *v.* FORTUNE MAGAZINE, A DIVISION OF TIME, INC. C. A. 6th Cir. Certiorari denied.

No. 92–1215. JACKSON *v.* ILLINOIS. Sup. Ct. Ill. Certiorari denied.

No. 92–1216. HESS *v.* PENNSYLVANIA STATE SYSTEM OF HIGHER EDUCATION. C. A. 3d Cir. Certiorari denied.

No. 92–1217. COOL LIGHT CO., INC. *v.* GTE PRODUCTS CORP. C. A. 1st Cir. Certiorari denied.

No. 92–1220. VAN HOUTEN *v.* NEW JERSEY. Super. Ct. N. J., App. Div. Certiorari denied.

No. 92–1233. COLLINS PINE CO. ET AL. *v.* ROLICK. C. A. 3d Cir. Certiorari denied.

No. 92–1236. UNIT RIG, INC., ET AL. *v.* WHALEN. C. A. 10th Cir. Certiorari denied.

No. 92–1248. DI GIAMBATTISTA *v.* MCGOVERN ET AL. C. A. 1st Cir. Certiorari denied.

No. 92–1250. CONCERNED CITIZENS FOR NELLIE'S CAVE COMMUNITY, INC. *v.* JABLONSKI ET AL. C. A. 4th Cir. Certiorari denied.